NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY BOVE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7072

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1468, Judge William A. Moorman.

---

**ON MOTION**

---

## ORDER

Anthony Bove moves without opposition to stay the briefing schedule in this appeal pending the disposition by the Supreme Court of the United States of a petition for writ of certiorari related to *Henderson v. Shinseki*, 589 F.3d 1201 (Fed Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of *Henderson* is granted. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of *Henderson*, concerning how they believe that this appeal should proceed.

FOR THE COURT

**JUN 1 6 2010**                  /s/ Jan Horbaly

Date                              Jan Horbaly
                                  Clerk

cc: Stephen J. Wenger, Esq.
    Alex P. Hontos, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 1 6 2010**

**JAN HORBALY**
**CLERK**